IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MICHAEL WILLIAM STACY                                                      PLAINTIFF

V.                                                                                    No. 1:05CV46-D-A

ALCORN COUNTY SHERIFF'S
DEPARTMENT; et al.                                                          DEFENDANTS

## **FINAL JUDGMENT**

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated April 27, 2005, was on that date duly served by first class mail upon counsel for the plaintiff and by first class mail upon the attorney of record for the defendant; that more than ten days have elapsed since service of said report and recommendation; and that no objection thereto has been filed or served by said parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED:**

1. The report and recommendation of the Magistrate Judge dated April 27, 2005, is hereby approved adopted as the opinion of the court.

2. That this cause is dismissed without prejudice for failure to prosecute.

THIS, the 16th day of May 2005.

/s/ Glen H. Davidson
Chief Judge